UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| HENRY C. CAST,<br>    Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 05-1098-T An<br>) |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF<br>SOCIAL SECURITY, | )<br>)<br>)<br>) |
| Defendant | )<br>) |

### CONSENT ORDER GRANTING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Now, on this 14th day of September, 2005, the Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement for attorney fees should be made pursuant to the EAJA in the amount of $1,922.00 and reimbursement should be made for the $150.00 filing fee from the Judgment Fund administered by the United States Treasury. See 28 U.S.C. § 1920.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. §§ 1920 and 2412, Plaintiff be awarded $1,922.00 from the EAJA and $150.00 from the Judgment Fund.

IT IS SO ORDERED.

_James D. Todd_
James D. Todd
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  09-14-05

CONSENTED TO AND APPROVED BY:

*Chris A. Cornaghie*
Chris A. Cornaghie
1407 Union Avenue      By JAD
Suite 1203             By Consent
Memphis, Tennessee 38104

Attorney for Plaintiff


LAWRENCE J. LAURENZI
Acting United States Attorney

By _____
Joe A. Dycus (#008730 Tennessee)
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
(901) 544-4231

Attorney for the United States

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CV-01098 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Honorable James Todd
US DISTRICT COURT